# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CIVIL ACTION NO. 24-cv-0882

| | | |
|---|---|---|
| **ALLISON RAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **DEFENDANTS' MOTION TO DISMISS** |
| | ) | **PLAINTIFF'S AMENDED COMPLAINT** |
| **BELL PARTNERS INC. and JOSEPH F. CANNON,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Bell Partners Inc. ("Bell Partners") and Joseph F. Cannon ("Cannon") (together, the "Defendants"), respectfully request that this Court dismiss the Amended Complaint (ECF No. 8), in its entirety with prejudice, and all claims against Defendants because Plaintiff has failed to plausibly state a cause of action. In support of this Motion, and for reasons more fully explained in the Memorandum of Law in Support of this Motion, filed contemporaneously herewith, Defendants show the following:

1. Plaintiff has failed to plead a *prima facie* claim of gender and age discrimination because she has neither properly alleged an adverse employment action nor has she alleged suffered any different treatment under Title VII of the Civil Rights Act of 1964, as amended ("Title VII") and the Age Discrimination in Employment Act ("ADEA"). Plaintiff has also not alleged Defendants engaged in conduct so severe and pervasive to give rise to a hostile work environment claim. Thus, the Plaintiff's First, Second, and Third Claims in the Amended Complaint should be dismissed pursuant to Rule 12(b)(6).

2. Constructive discharge is not a separate claim under Title VII and the ADEA. Even if it were, Plaintiff failed to allege her working conditions were so intolerable a reasonable person in her position would have felt compelled to resign. Thus, Plaintiff's Fourth Claim in the Amended

Complaint should be dismissed pursuant to Rule 12(b)(6).

3.    Plaintiff did not allege a viable claim of tortious interference claim and therefore a does not have a claim for negligent supervision and retention. As Defendant Cannon was Plaintiff's supervisor and acted within his legal authority, Plaintiff cannot support a claim of tortious interference. Plaintiff's claim of negligent supervision and retention accordingly fails because Plaintiff's tortious interference claim is her only common law tort claim. Moreover, Plaintiff failed to allege Defendant Cannon was incompetent. Thus, Plaintiff's Fifth and Sixth Claims in the Amended Complaint should be dismissed pursuant to Rule 12(b)(6).

**WHEREFORE,** Defendants Bell Partners Inc. and Joseph F. Cannon respectfully request an Order granting their Motion to Dismiss.

Respectfully submitted this the 2nd day of January 2025.

**JACKSON LEWIS, P.C.**

*s/ Kathleen K. Lucchesi*
Kathleen K. Lucchesi
N.C. State Bar No. 24386
Florence Thompson
N.C. State Bar No. 55195
200 South College Street, Suite 1550
Charlotte, NC  28202
Telephone: (980) 465-7245
Facsimile: (704) 333-7764
kathleen.lucchesi@jacksonlewis.com
florence.thompson@jacksonlewis.com

*Attorneys for Defendants*

2

| | | |
|---|---|---|
| **ALLISON RAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| **v.** | ) | |
| | ) | |
| **BELL PARTNERS, INC. and JOSEPH F.** | ) | |
| **CANNON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The undersigned hereby certifies that on January 2, 2025, a true and correct copy of the above and foregoing was electronically filed utilizing the Court's CM/ECF system, which will automatically send notice to the following:

Matthew E. Lee
Jeremy R. Williams
Katharine W. Batchelor
Milbert Coleman Bryson Phillips Grossman, PLLC
900 W. Morgan Street
Raleigh, NC 27603
mlee@milberg.com
jwilliams@milberg.com
kbatchelor@milberg.com
*Attorneys for Plaintiff Allison Ray*

**JACKSON LEWIS, P.C.**

*s/ Kathleen K. Lucchesi*
Kathleen K. Lucchesi (NCSB No. 24386)
200 South College Street, Suite 1550
Charlotte, NC 28202
Telephone: (980) 465-7245
Facsimile: (704) 333-7764
kathleen.lucchesi@jacksonlewis.com

*Attorney for Defendants*

3